# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873- 9550

_____ *Attorneys at Law* _____

March 28, 2024

**_Via ECF_**
Honorable Therese Wiley Dancks, U.S.M.J.
United States District Court
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton Street,
Syracuse, New York 13261

      Re:    **Akerman v. Ithaca College**
                Case No.: 3:23-cv-01565-TJM-TWD

Dear Judge Dancks:

     Our firm, along with Lynch Carpenter LLP, represents Plaintiff and the putative class in the above referenced matter and write jointly with Defendant Ithaca College, pursuant to Your Honor's February 28, 2024 Order (Dkt. No. 23), to advise the Court of the Parties' mediation efforts. On March 21, 2024, the Parties attended a Zoom mediation session before the Honorable Judge Suzanne H. Segal (Ret.), that ultimately did not reach a resolution. The Parties made significant progress towards resolution and will continue to stay engaged with Judge Segal over the next few weeks. Given this progress and the expected continued discussions, the Parties are prepared to enter a Case Management Plan and Joint Submissions to the Court that will allow the Parties to proceed with discovery but also build in time that allows for continued settlement discussions – including through Judge Segal.

     Therefore, the Parties request that Your Honor reschedule the Rule 16 conference for a date convenient to the Court in April or early May, before which the Parties will submit a Case Management Plan which provides the opportunity for continued settlement discussions without the need to delay to the litigation.

     We thank Your honor for your consideration and attention to this matter.

                                            Very truly yours,

                                           /s/Anthony M. Alesandro_____

2

>
> Anthony M. Alesandro, Esq.
> **LEEDS BROWN LAW, P.C**.
> 516.873.9550
> aalesandro@leedsbrownlaw.com

cc: All Counsel of Record (via ECF)