UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIK AKERMAN, *on behalf of himself and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> ITHACA COLLEGE, <br><br> Defendant. | Case No. 3:23-CV-1565-ECC-TWD <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon the Declaration of Michael A. Tompkins, Esq., the exhibits annexed thereto, and the Memorandum of Law in Support, Plaintiff Erik Akerman, on behalf of himself and on behalf of the settlement class, will move this Court on October 28, 2025 at 10:00 a.m. in the United States District Court for the Northern District of New York, U.S. Courthouse, 100 Clinton Street, Syracuse, NY, 13261, before the Honorable Elizabeth C. Coombe, for an Order: (1) granting approval of the proposed class action settlement as memorialized in the Settlement Agreement and Proposed Final Order; (2) granting approval of the claims administration costs; (3) granting dismissal of the action with prejudice and dismissal of any and all claims released in the Settlement Agreement subject to the implementation of the same; (4) ordering Ithaca to fund the Qualified Settlement Account in accordance with the Settlement Agreement and the Claims Administrator to distribute the settlement proceeds to the necessary parties; (5) ordering compliance with the Settlement Agreement to Class Members; and (6) such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: Carle Place, New York<br>October 10, 2025 | **LEEDS BROWN LAW, P.C.**<br><br>  /s/ *Michael A. Tompkins*  <br>Michael A. Tompkins, Esq.<br>Anthony M. Alesandro, Esq.*<br>One Old Country Road, Suite 347<br>Carle Place, New York 11514<br>Tel: (516) 873-9550<br>mtompkins@leedsbrownlaw.com<br>aalesandro@leedsbrownlaw.com<br><br>Nicholas A. Colella, Esq.*<br>**LYNCH CARPENTER, LLP**<br>1133 Penn Ave, 5th Floor<br>Pittsburgh, Pennsylvania 15222<br>Tel: (412) 322-9243<br>nickc@lcllp.com<br><br>*Admitted Pro Hac Vice<br><br>*Attorneys for Plaintiff & the Proposed Settlement Class* |